2002 JUL -1  P 2: 58

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff                   ) | |
|                             ) | |
| vs.                         ) | Case No.00-40104-01/02-RDR |
|                             ) | |
| WILLIAM LEONARD PICKARD and ) | |
| CLYDE APPERSON,             ) | |
| Defendants.                 ) | |

## WITNESS AND EXHIBIT LIST
## OF WILLIAM LEONARD PICKARD

**COMES NOW** the above named accused, by and through his counsel William K. Rork, of **Rork Law Office**, and advises as to the following witnesses and exhibits expected for trial.

### WITNESSES

1. Any witness listed by the government in their email of May 28, 2002.

2. Any witnesses listed by counsel for the accused Clyde Apperson.

3. Any witnesses which after receipt of Brady material, Impeaching material, and Jincks Act material to be provided by the government as previous ordered, and upon review there after with the accused, may be necessary.

RORK LAW OFFICE
WILLIAM K. RORK #10109
JOHN A. FAKHOURY #20066
1321 S.W. TOPEKA BLVD.
TOPEKA, KS 66612-1816
785.235.1650
FAX 785.235.2421

http://www.rorklaw.com
e-mail
rorklo@starband.net

*"In all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defence"*

RORK LAW OFFICE
WILLIAM K. RORK #10109
JOHN A. FAKHOURY #20066
1321 S.W. TOPEKA BLVD.
TOPEKA, KS 66612-1816
785.235.1650
FAX 785.235.2421

http://www.rorklaw.com
e-mail
rorklo@starband.net

4. Any witnesses named in communications dated June 24, 2002, from this accused, provided to the AUSA assigned (Greg Hough) this date.

5. Gordon Todd Skinner
6. Gunnar Guinan
7. Michael Hobbs
8. Gordon H. Skinner
9. Graham Kendall
10. Robert Sands
11. William Good
12. Greg Riatt
13. Gerald Schmidt, Jr
14. (FNU) Bloomdahl
15. Kerry Dick
16. Chief Sagar (WSD)
17. Anthony Metcalf
18. Janice Eichem
19. Janine Eichem
20. Thomas Haney
21. John Zajack
22. Peter Louie
23. Paul Brown
24. Jan Mallory
25. Robert Gelbard
26. Robin Rafael
27. Alem Rasim
28. Abdul Malik Pehlwan
29. Abdul Rashid Dostum
30. Mohammad Akbar
31. Crystal Cole
32. Ryan Overton
33. Gary Wayne Hodges
34. Richard Lundquist
35. Michael Reisner
36. Anthony Cervantes
37. Miguel Ortega
38. Michael Shawn Correia
39. Zack J. Kaberline
40. Daniel Delatore
41. Eric Steffans
42. James Cromwell
43. Michael Cruse
44. Margaretta Johnson
45. KBI Lab Technician
46. Brandon Valerus

47. Mark Kleiman
48. Jack Kelley
49. Emily J. Ragan
50. Michael L. Seagraves
51. Ken W. Seager
52. Mike Baker
53. Matt Phrang
54. Shawn Rolph
55. Julie Riniker
56. Shane Jager
57. Bill Gollner
58. Gerald Schmidt
59. Wendy Briggs
60. Rod Etienne
61. Jeff Morrissey
62. Charlie Chapman
63. Al Seele
64. Joe and Dorothy Straub
65. Terry Sackrider
66. Rick Campbell

67. Any and all other witnesses whose identity or existence becomes known after this point in time and thereafter provided to the government, in any manner.

### EXHIBIT LIST

1. Any documents seized by any government agency and referenced in any discovery provided to date, or to be provided by the government herein, before trial.

2. INFRARED materials.

3. Any exhibits listed by the government.

4. Any exhibits listed by counsel for the accused Clyde Apperson.

5. Any other exhibits not currently known but which may come to be known or evidence of their existence at any time hereafter.

RORK LAW OFFICE
WILLIAM K. RORK #10109
JOHN A. FAKHOURY #20066
1321 S.W. TOPEKA BLVD
TOPEKA, KS 66612-1816
785.235.1650
FAX 785.235.2421



http://www.rorklaw.com
e-mail
rorklo@starband.net

*"In all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defence"*

Respectfully submitted,

*[signature]*
WILLIAM K. RORK
**RORK LAW OFFICE**
Attorney for Pickard

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that on the 1st day of July, 2002, I caused the original and one copy of the above and foregoing **"WITNESS AND EXHIBIT LIST OF WILLIAM LEONARD PICKARD"** to be filed with the Clerk of the U.S. District Court in Topeka, Kansas, (understanding the extra copy is to be forwarded to the Honorable Richard D. Rogers, Senior U.S. District Court Judge), and a conformed copy was left at the office of Gregory G. Hough (AUSA), all parties within their respective locations at the Frank Carlson Building, 444 SE Quincy, Topeka, KS 66683-3592, as well as a conformed copy being hand delivered to the office of Mark L. Bennett, Jr., counsel for co-defendant Apperson, 5605 SW Barrington Ct., Ste. 201, Topeka, KS 66614.

*[signature]*
ROBIN ALVAREZ/ANNE M. GEIER
Administrative Assistants

FF4 pckrd.wl

RORK LAW OFFICE
WILLIAM K. RORK #10109
JOHN A. FAKHOURY #20066
1321 S.W. TOPEKA BLVD.
TOPEKA, KS 66612-1816
785.235.1650
FAX 785.235.2421

http://www.rorklaw.com
e-mail
rorklo@starband.net

*"In all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defence"*