IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

FILED
DISTRICT COURT
OF KANSAS

2002 JUL 10 P 3:06

RALPH L. DELOACH
CLERK
BY _____ DEPUTY
AT TOPEKA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 00-40104-01/02-RDR |
| ) | |
| WILLIAM LEONARD PICKARD, ) | |
| a.k.a. "John Connor," ) | |
| "William Harlow", and ) | |
| CLYDE APPERSON, ) | |
| Defendants. ) | |

## GOVERNMENT'S PROPOSED TRIAL WITNESS LIST

The United States of America, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District, respectfully inform the court and counsel for the defendants that, in the event that this matter proceeds to trial on July 22, 2002, the government may call the following individuals as witnesses in its case-in-chief:

1.      Custodian of Records, Ace Glass;

2.      Custodian of Records, American Express;

3.      Custodian of Records, AT&T Wireless Services;

4.      Custodian of Records., Avis Rent-A-Car World Headquarters;

5.      Custodian of Records, Campton Place Hotel, San Francisco, CA.;

6. Custodian of Records, D&L Self Storage, Albuquerque, N.M.;

7. Custodian of Records, Lancaster Synthesis, Pellam, N.M.;

8. Custodian of Records, Mirage, Las Vegas, NV.;

9. Custodian of Records, Pacific Bell Telephone Company;

10. General Manager, Pyramid Crowne Plaza, Albuquerque, N.M.;

11. Custodian of Records, Ryder Truck, Topeka, KS.;

12. Custodian of Records, San Anselmo Self Storage, San Anselmo, CA.;

13. Custodian of Records, Ventana Inn, Big Sur, CA.;

14. Custodian of Records, Bellagio Hotel, Las Vegas, NV.;

15. Charles H. Barry, Vice President, Gaming Surveillance and Internal Security, Park Place Entertainment, Las Vegas, NV.;

16. Kathryn Bayless, CEO, International Quarters, Inc., San Rafael, CA.;

17. Custodian of Records, United Airlines;

18. Custodian of Records, National Car Rental;

19. Custodian of Records, Tracfone Wireless Inc., Miami, FL.;

20. Krystle Cole;

21. Jeff Collett, Manager, Planet Self Storage, Somerville, MA.;

22. Rostom Dagazian, Rockville, MD.;

23. Richard Dawson;

24. Custodian of Records, Grand Hyatt on Union Square, San Francisco, CA.;

25. Custodian of Records, Manhattan Fairfield Inn, Manhattan, KS.;

26. Custodian of Records, Camino Medical Group, Sunnyvale, CA.;

27. Custodian of Records, America West Airlines;

28. Custodian of Records, Bank of America, San Francisco, CA.;

29. Gunnar Guinan;

30. David Haley;

31. Gabrielle Halpern;

32. Dr. John Halpern;

33. Deborah Harlow;

34. Custodian of Records, Heffter Institute;

35. Michael Hobbs;

36. Custodian of Records, Transcommunication Inc., Chattanooga, TN.;

37. Trais Kliphuis;

38. Deborah Lehman;

39. Custodian of Records, Enterprise Rent-A-Car;

40. Rachel E. Martines, Agent, State of Nevada - Gaming Control Board, Las Vegas, NV.;

41. Custodian of Records, Santa Fe Hilton, Santa Fe, N.M.;

42. Custodian of Records, Harvard University, Cambridge, MA.;

43. Cherly Nicholson;

44. Curtis B. Nicholson;

45. Custodian of Records, Wyndham Peaks Resort, Telluride, CO.;

46. Custodian of Records, Hotel Eldorado, Santa Fe, N.M.;

47. Donald Ritenour, Jr.;

48. Custodian of Records, Pan Pacific Hotel, San Francisco, CA.;

49. Alfred Savinelli;

50. Custodian of Records, National Self-Storage, Roseville, CA.;

51. Gordon Todd Skinner;

52. Custodian of Records, Citibank Visa, Sioux Falls, S.D.;

53. Custodian of Records, Southwest Airlines, Dallas, TX.;

54. Guadalupe Teniorio-Matias;

55. Custodian of Records, TCI America, Portland, OR.;

56. Custodian of Records, Registrar's Office, University of California, Berkeley, Berkeley, CA.;

57. Custodian of Records, Dollar Rent-A-Car, Tulsa, OK.;

58. Kevin Williams, General Manager, Holiday Inn of Salina, Salina, KS.;

59. Custodian of Records, MBNA America Bank, Wilmington, DE.;

60. Lt. Brian K. Smith, KHP;

61. Paul Schliffke, Sheriff's Office, Pott. Co., KS.;

62. Mike Weimer, Sheriff's Office, Pott. Co., KS.;

63. Gerald Schmidt, Sheriff's Office, Pott. Co., KS.;

64. Matt Pfrang, Wamego Police Dept.;

65. SA Robert Abbott, DEA;

66. Daniel L. Augenstene, Electronics Engineer, DEA;

67. Lynn Beshears, Intelligence Analyst, DEA;

68. Michael Hall, Fingerprint Examiner, DEA;

69. SA Arthur Hubbard, DEA;

70. Marian Klett, Intelligence Analyst, DEA;

71. L.D. Mathews, Inspector, DEA;

72. Tim McKibben, Forensic Chemist, DEA;

73. David Morello, Forensic Chemist, DEA;

74. Mark Morgan, Computer Engineer, DEA;

75. SA Robert Polimeno, DEA;

76. SA Daniel Tuey, DEA;

77. SA David White, DEA;

78. SA Roger Hanzlik, DEA;

79. SA Ralph Sorrell, DEA;

80. SA Karl Nichols, DEA.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

*/s/ Gregory G. Hough*

GREGORY G. HOUGH, #12860
Assistant U.S. Attorney
444 S.E. Quincy, Ste. 290
Topeka, KS. 66683
(785) 295-2850

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed, postage prepaid, on the 10th day of July, 2002, to the following:

William K. Rork
1321 S.W. Topeka Blvd.
Topeka, KS. 66612-1816
Attorney for Pickard

Mark L. Bennett, Jr.
5605 SW Barrington Court South, Suite 201
Topeka, KS 66614
Attorney for Apperson

*/s/ Gregory G. Hough*

GREGORY G. HOUGH, #12860
Assistant U.S. Attorney