

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
NOV 2 4 2004
RALPH L. DeLOACH, Clerk
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WILLIAM LEONARD PICKARD,<br><br>Defendant - Appellant. | 00-40104-01-RDR<br><br>No. 03-3369 |

ORDER

Filed November 22, 2004

---

By order dated August 20, 2004, we authorized the transmittal of nine boxes of exhibits to the U.S. District Court for the District of Kansas for access by counsel for the appellant. We stated:

> Counsel for the appellant is expressly directed to advise the district court clerk's office in writing when access to the exhibits is no longer needed. Upon receipt of that notice, the Clerk of the U.S. District Court for the District of Kansas, Topeka Division, is directed to immediately return the exhibits to the clerk of this court.

On October 27, 2004, eleven boxes of exhibits were returned to this court from the district court. On November 19, 2004, we received a "Second Motion to Release Exhibits" filed by appellant. Appellant asserts that he did not advise the district court that access to the exhibits was no longer needed, but that the exhibits were returned nevertheless. Appellant asks that the exhibits once again be transmitted to the district court for inspection and copying.

We direct as follows. The eleven boxes of exhibits are to be transmitted to the U.S. District Court for the District of Kansas, Topeka Division, 444 S.E. Quincy, 490 U.S. Courthouse, Topeka, Kansas 66683. Counsel for the appellant may access the exhibits under such rules as the U.S. District Court may be applicable. The eleven volumes of exhibits are to be returned to the clerk of this court on December 15, 2004. Counsel must conclude his business with the exhibits within that time period. If counsel for the appellee will also want access to the eleven boxes of exhibits while they reside with the district court, the appellee must file a motion asking leave to extend the time period within which the exhibits will remain with the district court. Such a motion to extend the time period, if it is to be filed, must be filed on or before December 1, 2004.

        Entered for the Court
        PATRICK FISHER, Clerk of Court

by: *[signature]*

        Douglas E. Cressler
        Chief Deputy Clerk