UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
DEC 17 2004
RALPH L. DeLOACH, Clerk
By_____Deputy

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff-Appellee, | No. 03-3369 |
| v. | |
| WILLIAM LEONARD PICKARD, | |
| Defendant-Appellant. | |

ORDER

Filed December 15, 2004

On November 22, 2004, we entered an order transmitting eleven boxes of exhibits from this case to the U.S. District Court for the District of Kansas, Topeka Division. We allowed access to the exhibits by counsel under such rules as may be applicable in the district court; directed that counsel conclude their business with the exhibits by December 15, 2004; and further directed that the exhibits be returned to this court by that date. We further directed that if counsel for the appellee will also want further access to the exhibits, a motion asking for an extension of time for the district court to retain the exhibits must be filed by December 1, 2004. No motion was filed by the appellee.

We have been advised by staff at the district court that the court's order of November 22, 2004 was only recently discovered by the district court clerk's office within one of the exhibit boxes; that appellant has requested extensive copying; and that despite best efforts, the

district court staff will need some additional time to provide the copying before sending the exhibits back. We *sua sponte* extend the deadline for returning the exhibits to the court to on or before December 30, 2004.

As is probably clear from the court's previous orders relating to this record, sending boxes of exhibits back and forth is not a good use of government employee time and taxpayer resources. Counsel for both the appellant and appellee must finalize any need for access to the exhibits while they are with the district court by December 30, 2004.

>Entered for the Court
>PATRICK FISHER, Clerk of Court
>
>by: *[signature]*
>
>Douglas E. Cressler
>Chief Deputy Clerk