IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

v.                                        Case No. 00-40104-001-RDR

WILLIAM L PICKARD,

        Defendant.

## SATISFACTION OF ASSESSMENT

The assessment in the above-captioned case, having been paid in full, the Clerk of the United States District Court for the District of Kansas is hereby authorized to satisfy and cancel said judgment of record as to the assessment for the Crime Victim's Fund, ordered in the Judgment In A Criminal Case, Doc. 421.

Dated:  November 16, 2006.

        Respectfully submitted,

        ERIC F. MELGREN
        United States Attorney

        s/ Tanya Sue Wilson
        TANYA SUE WILSON
        Assistant United States Attorney
        Ks. S.Ct. No. 11116
        Federal Building, Suite 290
        444 SE Quincy
        Topeka, KS  66683-3592
        Telephone:  (785) 295-2850
        Facsimile:  (785) 295-2853
        E-mail: Tanya.Wilson@usdoj.gov
        Attorneys for the United States