FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2007 SEP 26 A 9:47

BY: M Hill, DEPUTY
AT TOPEKA, KS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                Plaintiff

vs.                                            Case Number: 01-40104-01/02-RDR

WILLIAM L. PICKARD
CLYDE APPERSON

                Defendants

## MINUTE ORDER FOR DISPOSAL OF EXHIBITS

UPON DIRECTION OF THE COURT AND PURSUANT TO RULE 79.3 OF THE RULES OF PRACTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS IT IS

    **ORDERED** that all of the _____exhibits_____ in the above entitled action shall be withdrawn from the Office of the Clerk by the respective parties not later than fifteen (15) days from the date of this Order. Each party shall endorse a receipt for any _____exhibits_____ withdrawn.

    **IT IS FURTHER ORDERED** that all _____exhibits_____ not withdrawn in the time designated by this Order may be destroyed or otherwise disposed of by the Clerk of the Court.

    A copy of this Minute Order shall be mailed forthwith to counsel of record by the Clerk of the Court.

    Dated this __26__ day of __September__, __2007__.

                                    INGRID A. CAMPBELL, ACTING CLERK

                                    Mary E Hill
                                    By: Deputy Clerk