IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
SEP 26 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

          Plaintiff,

v.                                    CASE NO. 00-40104-01/02-RDR

WILLIAM L. PICKARD,
CLYDE APPERSON

          Defendants.

## RECEIPT

Receipt is hereby acknowledged of _____GOVERNMENT_____
for _exhibits_____ in the above entitled case.

SEE EXHIBIT SHEET - EXHIBITS WITH CHECKMARKS ARE BEING RETURNED

Dated at _Topeka_____ this _26_ day of _September_, _2007_.

_____
Attorney for Plaintiff