IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            **Case No. 00-40104-01/02-RDR**

WILLIAM LEONARD PICKARD
and CLYDE APPERSON,

        Defendants.

### O R D E R

This matter is presently before the court upon defendants' motion for extension of time to submit a reply to government's response to defendants' Rule 60(b) motions. The defendants seek an extension to December 29, 2010 to file their reply. The defendants note that the government has no objection to the motion.

For the reasons stated, the court shall grant defendants' motion. The defendants shall be allowed until December 29, 2010 to file their reply to government's response to defendants' Rule 60(b) motions.

**IT IS THEREFORE ORDERED** that defendants' motion for extension of time to submit reply to government's response to defendants' Rule 60(b) motions (Doc. # 649) be hereby granted. The defendants shall have until December 29, 2010 to file their reply to government's response to defendants' Rule 60(b) motions.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2010 at Topeka, Kansas.

>                             s/Richard D. Rogers
>                             United States District Judge