IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           **Case No. 00-40104-01-RDR**

WILLIAM LEONARD PICKARD,

        Defendant.

## O R D E R

This matter is presently before the court upon the defendant's motion for leave to proceed *in forma pauperis*. The defendant seeks to appeal the court's decision of January 24, 2011 which denied defendant's motion for relief under Fed.R.Civ.P. 60(b). For the reasons stated in the motion, the court shall grant defendant leave to proceed *in forma pauperis* on appeal.

**IT IS THEREFORE ORDERED** that defendant's motion for leave to proceed *in forma pauperis* (Doc. # 662) be hereby granted.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2011 at Topeka, Kansas.

                                        s/Richard D. Rogers
                                        United States District Judge