IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos.  00-40104-01-RDR |
| | ) | 00-40104-02-RDR |
| WILLIAM LEONARD PICKARD | ) | |
| | ) | |
| Defendant | ) | |
| v. | ) | |
| | ) | |
| CLYDE APPERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

AMENDED MOTION TO SUPPLEMENT RECORD ON APPEAL

   COMES NOW the Defendants, William L. Pickard and Clyde
Apperson, by and through their counsel, William K. Rork - "**RORK
LAW OFFICE**," and in support of this "**AMENDED MOTION TO
SUPPLEMENT...**," would advise the Court as follows:

  1.  On May 13, 2013, this Court issued an order granting
      Appellants' motion to supplement the record on appeal. (Doc.
      739).

  2.  In Appellants' motion to supplement the record on appeal,
      Appellants' requested the record be supplemented to include
      the "confidential informant file" of Gordon Todd Skinner,
      including the "risk assessment." (Doc. 735).

1

3.  Appellants' believed at the time they filed their request to
    supplement the record on appeal with the "confidential
    informant file," including the "risk assessment," was
    contained in Docs. 283, 285, and 293, and inadvertently
    requested Docs. 283, 285, and 293 be added to the record on
    appeal.  Appellants seek to withdraw the request to add
    these documents to the record on appeal, as they do not
    contain the confidential informant file of Gordon Todd
    Skinner.

4.  Appellants seek to add to the record on appeal all records
    this court took judicial notice of in it's May 13, 2013
    Order (Doc. 739), including the entire confidential
    informant file of Gordon Todd Skinner, including the risk
    assessment.  These documents are necessary for resolution of
    the appeals pending in the Tenth Circuit, in case numbers
    12-3142 and 12-3143.

5.  It should be noted the Government currently does not object
    to this request to supplement the record on appeal with the
    confidential informant file of Gordon Todd Skinner, given
    the Tenth Circuit's need to review these documents to
    resolve the appeals in case numbers 12-3142 and 12-3143.
    See (Doc. 737).

6.  Before transmittal of this file, counsel requests he be
    allowed time to review the contents of the file, or to have

2

a photocopy of the same, due to the manner when provided, passing of time from trial, and packing up and removing thousands of pages of discovery, exhibits, and documents at the conclusion of a 13 week trial in 2003.  Counsel needs to compare the sealed file contents to thousands of pages loose, and not in order, as the result of packing and transporting trial documents, discovery, and exhibits, all as referenced herein.

Respectfully submitted,

s/William K. Rork
William K. Rork, #10109
1321 S Topeka Blvd
Topeka KS 66612-1816
785.235.1650
785.235.2421(fax)
rork@rorklaw.com
Attorney for Defendants

### CERTIFICATE OF SERVICE

I, the undersigned do hereby certify on the 15th day of May, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties of record.

s/William K. Rork
William K. Rork, #10109
**RORK LAW OFFICE**

3

## CERTIFICATION OF DIGITAL SUBMISSIONS

A copy of the foregoing was provided to the above-named recipients in digital format via ECF submission.

Further, all required privacy redactions have been made and, the digital submissions have been scanned for viruses with Symantec Antivirus Program 9.0.0.338, updated continuously and, according to the program, are free of viruses.

s/William K. Rork
William K. Rork #10109
**RORK LAW OFFICE**