IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No. | 00-40104-01, 02-JTM |
| WILLIAM LEONARD PICKARD, ) | | |
| and ) | | |
| CLYDE APPERSON, ) | | |
| Defendants. ) | | |
| _____) | | |

## GOVERNMENT'S REQUEST TO CLARIFY ORDER

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District, respectfully requests that the court supplement and clarify its order requiring that the government "produce a copy of the DEA file to counsel for the defendants on or before March 14, 2014." (Doc. 751 at 4). In support of said request, the government shows the court as follows:

1. The government believes in good faith that it is presently in compliance with the aforementioned order of the court.

2. The court's order allows that "[t]o the extent the government seeks redaction, it shall produce to the court in camera both redacted and unredacted copies of the file, together with an itemized justification for each redaction." *Id*.

at 5.  It is the government's good faith belief that this has already occurred as follows:   First, redacted copies of the file, together with an itemized justification for each redaction, were provided to the court with the Government's Memorandum Regarding Sealed Documents (Doc. 749, Exhibit 1).   Said redacted copies of the file redacted "(a) the identity or personal information of informants other than Skinner; (b) the identity or personal information of other witnesses or law enforcement officers, other than those who testified at trial; (c) evidence which would specifically reveal any heretofore unknown criminal investigatory technique; [and] (d) evidence relating to any ongoing criminal investigation," as authorized by the court.   Doc. 751 at 5.   Secondly, the unredacted copy of the file was provided to the court, and then to the U.S. Court of Appeals for the Tenth Circuit at their request (Docs. 739, 740).   It is the Government's good faith belief that this court did not have access to the unredacted copy of the file until after the filing of its order, Doc. 751.   It is now the Government's good faith belief that this court now has access to, or actual possession of, the aforementioned unredacted copy of the file.   Thus, the Government believes in good faith that it is presently in compliance with the court's order.

     3.    For the aforementioned reasons, the Government seeks clarity from the court that it is, or is not, presently in compliance with the order of the court.

(Doc. 751.)

4. If the court believes that the Government is not presently in compliance with the court's order, the Government respectfully requests an extension of time of thirty (30) days to comply with the court's order.

5. The court's requiring a production of the file to "counsel for the defendants" does not limit counsel for the defendants subsequent disclosure of said file to the defendants and/or into the public domain. The Government continues to believe and assert that such disclosures are inappropriate and forbidden by law. It is the Government's intent to appeal the order of the court to the extent that it allows present counsel for defendant, William K. Rork, to provide copies of said file to anyone else.

6. For the above-stated reasons, the Government respectfully requests that the court clarify its order requiring a redaction of the file to "counsel for the defendants" to specifically bar further disclosures of said file by counsel for the defendants, William K. Rork.

WHEREFORE, the Government respectfully requests that this court enter orders clarifying its order requiring that the government "produce a copy of the DEA file to counsel for the defendants on or before March 14, 2014," (Doc. 751 at 4), consistent with the above request.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        s/ Gregory G.   Hough
        Gregory G. Hough, #12860
        Assistant U.S. Attorney
        444 S.E. Quincy, Suite 290
        Topeka, KS 66683
        (785) 295-2850
        Greg.Hough@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

William K. Rork
1321 S.W. Topeka Blvd.
Topeka, KS.   66612-1816
rork@rorklaw.com
Attorney for defendants

        s/ Gregory G.   Hough
        Gregory G.   Hough, #12860