IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                                                Case No. 00-40104-01, 02-JTM

William Leonard Pickard, Clyde Apperson,

    Defendants.

MEMORANDUM AND ORDER

By its Motion to Clarify, the government seeks a determination that it is in compliance with the court's Order (Dkt. 751) requiring the submission of redacted and unredacted copies of the Confidential Informant (CI) file. The government rests on its earlier submissions, specifically the unredacted CI file, as reflected in the Supplemental Record on Appeal to the Tenth Circuit (Dkt. 739, 740, 741), and the redacted version, as exemplified in the government's *Vaughn* index of objections, filed in N.D. Ca. No. 3:06-cv-00185-CRB Dkt. 166. (Dkt. 749-1).

The government's earlier Memorandum of Law (Dkt. 749, at 15) references the California *Vaughn* index, but does not explicitly state that it advances the same redactions herein. The court takes the government's present motion as an adoption of those

redactions, and determines that the government is in compliance with the court's directive.

The government also requests that the court clarify its earlier Order to specify that the disclosures rendered pursuant to the Order are not to be further disseminated by counsel for the defendant, William K. Rork, to any other person without specific leave of court. This restriction is in keeping with prior restrictions, and the court adopts the same limitation herein.

IT IS ACCORDINGLY ORDERED this 21st day of March, 2014, that the government's Motion to Clarify (Dkt. 753) is granted, as provided herein.

 s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE