IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   00-40104-01, 02-JTM |
| WILLIAM LEONARD PICKARD, | ) | |
| and | ) | |
| CLYDE APPERSON, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANTS' REQUEST TO CLARIFY COURT ORDER

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District, respectfully responds to the request to clarify court order filed by the defendants herein (Doc. 755), as follows:

1. Defendants' request asserts that the orders of the court "may involve a misreading" of prior proceedings in this matter and the distinctions between the *Vaughn* index and the "CI File."  *Id*.

2. A cursory review of the CI file and the *Vaughn* index make it apparent to the viewer that the two files are not identical.  The CI file in the court's possession is the DEA's CI file, current as of the date of the trial verdict in this matter.  The *Vaughn* index contains many, but not all, of the documents in the CI

file. This is true because not all of the CI file was responsive to the FOIA request to which the *Vaughn* index was responsive, and the *Vaughn* index also contains some documents that are not in the CI file, mostly documents that post-date the CI file. Thus, there is significant overlap to the two aforementioned files, but they are not identical.

2. The court's order allowed that "[t]o the extent the government seeks redaction, it shall produce to the court *in camera* both redacted and unredacted copies of the file, together with an itemized justification for each redaction." *Id*. at 5. It is the government's position that the documents subject to disclosure are those contained in the *Vaughn* index, which were presented, together with an itemized justification for each redaction, with the Government's Memorandum Regarding Sealed Documents (Doc. 749, Exhibit 1). To the extent that documents contained in the CI file are not referenced in the Vaughn index, it is the government's position that same are not subject to disclosure. With the unredacted copy of the CI file presently in the possession of the court, the court is in position to judge this matter. If additional redaction is required by the court, the government shall comply forthwith.

3. Defendant's instant request incorrectly asserts that "evidence exists that the [CI file in the court's possession] contain documents which may be inauthentic and unreliable." Doc. 755 at 2. This is patently untrue and wholly

unsupported by the record in this matter. Indeed, the wildness of this allegation is evidenced by defendant's request "to permit experts and witnesses to examine the court's documents for inauthenticity and other indicia of unreliability." *Id*. This statement puts clearly into focus what this entire matter has been about for Pickard and Apperson since its inception, an unmerited fishing expedition.

4. The government adamantly opposes defendant's request that the court modify its order regarding disclosures in this matter to allow defendants personal access to the CI file and/or the *Vaughn* index in this matter.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        s/ Gregory G. Hough
        Gregory G. Hough, #12860
        Assistant U.S. Attorney
        444 S.E. Quincy, Suite 290
        Topeka, KS 66683
        (785) 295-2850
        Greg.Hough@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 2, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

William K. Rork
1321 S.W. Topeka Blvd.
Topeka, KS.   66612-1816
rork@rorklaw.com
Attorney for defendants

             s/ Gregory G.   Hough
             Gregory G.   Hough, #12860
             Assistant U.S. Attorney
             444 SE Quincy, Rm. 290
             Topeka, KS   66683
             (785) 295-2850
             Fax #:   (785) 295-2853
             Greg.Hough@usdoj