```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
                    (Topeka Docket)
UNITED STATES OF AMERICA,      )
     Plaintiff-Appellee        )
                               )Case Nos. 00-40104-01-RDR
vs.                            )
                               )
                               )
WILLIAM L. PICKARD,            )
     Defendant-Appellant       )
_____)
```

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

**COMES NOW** the above named Defendant, William L. Pickard, by and through his counsel, William K. Rork - **RORK LAW OFFICE**, and hereby advises of his intent to appeal the entry of judgment and order of the court (Doc. 754), entered of record, March 21, 2014, (granting the Government's Motion to Clarify it's February 26, 2014 *Memorandum Order* (751) and finding the Government is in compliance with the Court's *Memorandum Order* (751)), to the United States Court of Appeals for the Tenth Circuit.

The party to the judgment appealed from is William L. Pickard, whose present address is United States Penitentiary Tucson, P.O. Box 85734, Tucson, Arizona 85734.

Dated this 4th day of April, 2014.

2

                                        Respectfully submitted,

                                        S/William K. Rork  
                                        WILLIAM K. RORK  
                                        **RORK LAW OFFICE**  
                                        1321 SW Topeka Blvd.  
                                        Topeka, KS 66612-1816  
                                        (785)235-1650  
                                        Rork@rorklaw.com  
                                        Attorney for Pickard

                            **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on the 4th day of April, 2014, I electronically filed the foregoing Notice of Appeal with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record and interested parties.

                                        s/William K. Rork  
                                        William K. Rork, #10109