IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA
    Plaintiff,

vs.          Case No. 00-40104-01, -02-JTM

WILLIAM LEONARD PICKARD
  and CLYDE APPERSON,
    Defendants.

MEMORANDUM AND ORDER

Defendants have moved for a certified copy of a DEA Risk Assessment of Todd Skinner to use in their response, due June 3, 2017, to the government's objection (Dkt. 790) to unsealing the entire Skinner DEA file. By separate order, the court has already rejected the defendants' contention that the Risk Assessment should be unsealed and placed on the court docket precedent to resolving the fate of the DEA file. (Dkt. 787).

Defendants have a copy of the Risk Assessment, and to the extent they need to reference it responding to the government, they may do so without the relief requested. In light of the foregoing, the court hereby extends the time for defendants' response to July 3, 2017.

IT IS SO ORDERED this 2nd day of June, 2017.

                        ___s/ J. Thomas Marten_____
                        J. Thomas Marten, Judge