IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                                     No. 00-40104-1-JTM

WILLIAM LEONARD PICKARD,
        Defendant.

MEMORANDUM AND ORDER

For good cause shown, the court hereby grants the government's Motion for Extension (Dkt. 853); the govern shall file its Response on or before June 22, 2020. The court will address defendant's underlying Motion for Release (Dkt. 849) expeditiously upon the filing of the Response; defendant's Motion to Expedite (Dkt. 852) is denied in light of the present order.

IT IS SO ORDERED this day of June, 2020.

*J. Thomas Marten*
J. Thomas Marten, Judge