| Archives and Special Collections

June 29, 2020

Honorable Judge J. Thomas Marten
Senior Judge, United States District Court
401 N. Market, Suite 423
Wichita, KS 67207

Re: William Leonard Pickard Papers, Purdue University Archives and Special Collections

Dear Honorable Judge Marten:

This is to advise the Court that records relating to Mr. Pickard's early and continuing efforts on the opioid crisis are being housed and made accessible to researchers in perpetuity by the Purdue University Archives. They reside in the Betsy Gordon Psychoactive Substances Collection, which brings together primary-source materials and rare books pertaining to the history of research on psychoactive substances.

The records include the overheads from the 1996 Harvard presentation, exhibits at the 2003 trial, all relevant trial transcripts of testimony, as well as documents and correspondence involving the 2019 RAND Corporation corroboration of Mr. Pickard's research, prediction and recommendations (forthcoming).

These documents are of historical significance and will no doubt be of great interest to scholars and the research community internationally who study the fentanyl epidemic and opioid crisis. The Pickard papers include both manuscript and born digital materials, and are cared for in a temperature controlled and physically secure environment designed for long-term preservation. A professional archives staff ensures these documents are described in a way which ensures ease of access and discoverability. They will be indexed online, and made available for research use in the Archives reading room.

The William Leonard Pickard papers add undue prominence to the Psychoactive Substances Research Collection, and I am certain they will garner much research interest. We are pleased and honored to care for and preserve them.

Please let me know if I may be of further assistance.

Sincerely,

*Stephanie Schmitz*

Stephanie Schmitz
Betsy Gordon Archivist for Psychoactive Substance Research

PURDUE UNIVERSITY ARCHIVES AND SPECIAL COLLECTIONS
Stewart Center, 4th floor of HSSE library
504 W. State Street West Lafayette, IN 47907-2058
Office: 765-494-2839   Email: archives@purdue.edu