Access Level: DEA Sensitive/U.S. Citizenship Required (November 2005)("DEA will conduct a background investigation on all contractor personnel." The type of background investigation will be determined by DEA. As a minimum, DEA will conduct a National Agency Check and Inquiry (NACI) that includes telephone inquiries of the applicant's employers, references, and associates regarding the suitability of the applicant, and query other Federal agencies' indices and the following records systems: NADDIS, NCIC, NLETS, Credit Reporting Agencies.

20. DEA Agents Manual Sec. 6612 ("Confidential Sources") (available at

**1. http://www.nacdl.org**;

**http://www.shroomery.org/9671/DEA-Agents-Manual-rev-2002**; and

**http://www.scribd.com/doc/6491228/DEA-Agents-Manual-2002**).

21. Kidwell, David. "DEA, FBI Suspend Online Contracts - Firm's Founder Suspected of Drug Ties" Miami Herald, July 3, 1999.

22. U.S. v. Aileman, 986 F.Supp. 1228 1265-68 (N.D. Cal. 1997).

23. U.S. v. Yuzary, 2000 U.S. Dist. LEXIS 7106 (S.D.NY 2000).

24. Eaton v. Meneley, 379 F.3d 949 (10th Cir. 2004).

25a.

**http://www.scribd.com/doc/42274498/Ron-Stark-NADDIS.Summary**.

25b.

**http://scribd.com/doc/49222494/10-01-10-Dea-to-Wlp-re-08-0793-f-Ron-Stark-Naddis**.

26a.

**http://www.freeleonardpickard.org/NADDIS**.

26b. Pickard v. DOJ, U.S. App. LEXIS 15397 (9th Cir. July 27, 2011); Pickard v. DOJ., 2011 WESTLAW 3134505 (9th Cir. July 27, 2011); see also

**http://www.ca9.uscourts.gov/datastore/opinions/2011/07/27/08-15504.pdf**.

27.

**www.doj.gov**.

28.

**http://en.wikipedia.org/wiki/Investigative_Data_Warehouse**.

29. Electronic Frontier Foundation report on IDW at

**http://www.eff.org/issues/foia/investigative-data-warehouse-report**.

30. ICEPIC Privacy Impact Assessment, DHS (see **http://www.dhs.gov./xlibrary/assets/privacy/privacy_pia_ice_icepic.pdf)**.

31. See **http://www.ice.gov/news/library/factsheets/icepic.htm**.

32. Caulkins, Jonathan P., Mark A.R. Kleiman & Jonathan Kulick. Drug Production and Trafficking, Counterdrug Policies and Security and Governance in Afghanistan. NYU Center of International Cooperation (2010).

33a. Kleiman, Mark A.R. When Brute Force Fails: How to have Less Crime and Less Punishment. Princeton University Press, 2009.

33b. Kleiman, Mark A.R., Jonathan Caulkins and Angela Hawkins. Drugs and Drug Policy - What Everyone Should Know. Oxford University Press, June 2011.

34. Caulkins, Jonathan P. "Should the U.S. Direct More Law Enforcement Effort at XTC?" RAND Corporation, Drug Policy Research Center (CT-171) (Santa Monica, California, June 2003).

35. "Protecting Individual Privacy in the Struggle Against Terrorists: A Framework for Program Assessment" National Research Council, National Academies Press, Washington, D.C. (2008).